# CASES REPORTED WITH BRIEF SYLLABI

### AND

## DECISIONS HANDED DOWN WITHOUT

## OPINION.

---

In the Matter of Summary Proceedings: ROCKAWAY POINT COMPANY, INC., Respondent, v. SOPHIE FRIBERG and Another, Appellants. (Actions Nos. 3–11.)

*Summary proceedings to dispossess — motion to open default denied — Rent Laws of 1920.*

Appeal from an order of the County Court of Queens county, entered in the office of the clerk of said county on July 6, 1921, which denied the motions of the tenant and undertenants to open defaults taken in proceedings for possession of premises at Rockaway Point. The motions were heard upon affidavits of Mrs. Friberg's two lawyers, Messrs. Byrne and Wechsler, against which was an affidavit by Mr. Johnson for the landlord, accompanied by the minutes of the court proceedings when the defendants suffered default.

PUTNAM, J.: Naturally the disposition of these discretionary motions is influenced by the fate of the main appeals.* Had the judgment for the landlord been reversed, we might open these cases. In our view of the circumstances of the defaults, there remained no grounds for interfering with the discretion of the county judge. Hence I advise: Orders of the County Court of Queens county affirmed, with ten dollars costs and disbursements, with, however, but a single bill of costs in these default appeals. Blackmar, P. J., Mills, Kelly and Jaycox, JJ., concur. Orders of the County Court of Queens county affirmed, with ten dollars costs and disbursements, with, however, but a single bill of costs in these default appeals.

---

GEORGE M. DUNLOP, Copartners, etc., Respondents, v. SOLOMON TENENBAUM, etc., Appellant.— Motion for stay denied, without costs. Present — Blackmar, P, J., Rich, Kelly, Jaycox and Manning, JJ.

THE GERBEREUX COMPANY, Respondent, v. JAMES J. JOYCE, Appellant.— Motion for reargument denied, without costs. Present — Blackmar, P. J., Rich, Kelly, Jaycox and Manning, JJ.

THE GERBEREUX COMPANY, Respondent, v. GEORGE W. RUSSELL, JR., Appellant. —Motion for reargument denied, without costs. Present — Blackmar, P. J., Rich, Kelly, Jaycox and Manning, JJ.

---

* See *Rockaway Point Co., Inc., v. Friberg, No. 1* (199 App. Div. 239); *Rockaway Point Co., Inc.,* v. *Friberg, No. 2* (Id. 242).— [REP.